FILED
CLERK, U.S. DISTRICT COURT

03/22/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___tj___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>        Applicant,<br><br>    v.<br><br>UNIVERSAL LOGISTICS HOLDINGS, INC.,<br><br>        Respondent. | Case No. 2:20-mc-00092-JAK-PDx<br><br>**ORDER APPROVING WITHDRAWAL OF APPLICATION FOR ORDER REQUIRING COMPLIANCE WITH ADMINISTRATIVE SUBPOENA DUCES TECUM B-1-18P1O0H** |

On September 4, 2020, the National Labor Relations Board ("NLRB") filed an Application for Order Requiring Compliance with Administrative Subpoena Duces Tecum B-1-18P1O0H against Respondent Universal Logistics Holdings, Inc.  [Dkt. No. 1.]

Since the filing of the Application, the parties have met and conferred from September 2020 to March 2021 regarding the production of responsive documents. [*See* Dkt. Nos. 13, 19, 21, 23.]

On March 17, 2021, the NLRB filed a motion to withdraw application for order requiring compliance with Administrative Subpoena Duces Tecum B-1-18P1O0H.  [Dkt. No. 24.]

The Court grants the NLRB's motion to withdraw the Application and the case is now closed.

**IT IS SO ORDERED**.

DATED: March 22, 2021.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE